## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**MALGORZATA JAKOBSSON,**    )
                     )
          **Plaintiff,**     )
                     )         **8:10CV385**
     **v.**               )
                     )         **ORDER**
**THE NEBRASKA MEDICAL**    )
**CENTER, et al.,**         )
                     )
       **Defendants.**   )

Upon notice of settlement given to the magistrate judge on December 1, 2011, by counsel for the plaintiff,

**IT IS ORDERED that:**

1.    **On or before January 3, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Laurie Smith Camp, at *smithcamp@ned.uscourts.gov,* a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.    Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.    The telephone conference previously scheduled for December 15, 2011, is cancelled upon the representation that this case is settled.

DATED this 1st day of December, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge